■ ROSILAND AUTRY, Individually and as Administrator of the Estate of KENNETH ROSS, JR., Deceased, Appellant, v CHILDREN'S HOSPITAL OF BUFFALO et al., Respondents. (Appeal No. 2.) [706 NYS2d 655] —Appeal unanimously dismissed without costs. Same Memorandum as in *Autry v Children's Hosp. of Buffalo* (270 AD2d 845 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Reargument.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.